■ In the Matter of ORANGE COUNTY DEPUTY SHERIFF'S ASSOCIATION, Respondent, v COUNTY OF ORANGE et al., Appellants.—Appeal by the County of Orange, Roger G. Phillips, as Sheriff of Orange County, and Louis Heimbach, as Executive

of Orange County, from (1) an order of the Supreme Court, Orange County (Cowhey, J.), dated March 7, 1989, and (2) a judgment of the same court dated March 30, 1989.

Ordered that the order and the judgment are affirmed, with one bill of costs, for reasons stated by Justice Cowhey at the Supreme Court. Bracken, J. P., Lawrence, Kunzeman and Harwood, JJ., concur.